# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

### JUDGMENT IN A CIVIL CASE

JASON L LAGE,

    Petitioner,

v.                                              Case No. 23-cv-4199-BCW-P

DAVID VANDERGRIFF,

    Respondent.

- ☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

- ☒ **DECISION OF THE COURT**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**: This case is dismissed, without prejudice, pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute and for failure to comply with this Court's Order. Any motion to reopen this case must be filed within a reasonable period of time and must comply with the Court's previous Order.

Entered on: July 1, 2024.

                                                                  PAIGE WYMORE-WYNN
                                                                  CLERK OF COURT

                                                                  /s/ K. Willis
                                                                  (By) Deputy Clerk