# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

### JUDGMENT IN A CIVIL CASE

JASON L. LAGE,

    Petitioner,

v.                               Case No. 23-cv-04199-BCW

DAVID VANDERGRIFF,

    Respondent.

- ☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

- ☒ **DECISION OF THE COURT**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED:** The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DENIED, a certificate appealability is DENIED, and this case is DISMISSED.

Entered on: January 16, 2025.

                                                PAIGE WYMORE-WYNN
                                                CLERK OF COURT

                                                /s/ K. Willis
                                                (By) Deputy Clerk